# In the United States Court of Federal Claims

No. 10-628C

(Filed:  September 17, 2010)

_____

ENTERPRISE SOLUTION REALIZED,
INC.,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    A telephonic status conference will be held in this case on Monday, September 20, 2010, at 2:00 p.m. (EDT).  Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**

                                             s/ Francis M. Allegra
                                             Francis M. Allegra
                                             Judge