# In the United States Court of Federal Claims

No. 10-628 C

(Filed:   September 20, 2010)
_____

ENTERPRISE SOLUTIONS REALIZED,
INC.,

          Plaintiff,

  v.

THE UNITED STATES,

          Defendant,

    and

ASTOR & SANDERS CORPORATION,

          Defendant-Intervenor.
_____

**ORDER**
_____

On September 20, 2010, a preliminary conference was held in this case.   Participating in the conference were Lawrence Block, for plaintiff, Stephen Tosini, for defendant, and Eric Marcotte, for defendant-intervenor.   Based on discussions during the conference, it was agreed that:

1. On or before September 27, 2010, defendant shall file the administrative record on a CD-ROM, and shall effectuate service to all parties via messenger;

2. On or before October 12, 2010, a courtesy copy of the administrative record, in paper form, shall be delivered to chambers;

3. On or before October 8, 2010, plaintiff shall file its motion for judgment on the administrative record;

4. On or before October 22, 2010, defendant shall file its cross-motion for judgment on the administrative record and its response to plaintiff's motion;

5. On or before October 29, 2010, plaintiff shall file its response to defendant's motion and its reply in support of its motion for judgment on the administrative record;

6. On or before November 5, 2010, defendant shall file its reply in support of its cross-motion for judgment on the administrative record;

7. Oral argument on these motions for judgment on the administrative record will be held on November 10, 2010, at 10:00 a.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.   The courtroom location will be posted in the lobby on the day of the oral argument;

8. All briefing deadlines applicable to defendant shall apply likewise to defendant-intervenor; and

9. Defendant shall not be required to file a response to the complaint in this matter.

**IT IS SO ORDERED.**

 s/ Francis M. Allegra
Francis M. Allegra
Judge